James O. PRESTON, Respt., v. Arthur M. COX et al., Applts. (Supreme Court, Appellate Division, First Department. May 12, 1916.) Order affirmed, with $10 costs and disbursements. No opinion. Settle order on notice.

Fabian PRZESPOLEWSKI, an infant, etc., respt. v. AMERICAN LOCOMOTIVE CO., applt. (Supreme Court, Appellate Division, Fourth Department. April 19, 1916.) Judgment and order affirmed with costs. All concur.

In the Matter of the Application of the PUBLIC SERVICE COMMISSION, etc., for the appointment of three commissioners, etc. Bushwick Station—East New York Route (Route No. 59). (Supreme Court, Appellate Division, Second Department. June 9, 1916.) Order confirmed, and allowance for commissioners determined.

In the Matter of The PUBLIC SERVICE COMMISSION, in re EAST 138TH STREET. The Ebling Co., Applt.; City of New York, Respt. (Supreme Court, Appellate Division, First Department. June 23, 1916.) Order affirmed, with $10 costs and disbursements. No opinion. Order filed.

Waldo D. PUTNAM, Respt., v. INTERIOR METAL MANUFACTURING CO., Applt. (Supreme Court, Appellate Division, First Department. May 19, 1916.) Judgment affirmed, with costs. No opinion. Order filed. See, also, 169 App. Div. 248, 154 N. Y. Supp. 464.

Mary K. PUTNAM, applt., v. Caroline C. PUTNAM, et al., respts. (Supreme Court, Appellate Division, Fourth Department. May 3, 1916.) Appeal dismissed unless appellant serves printed record by May 11th and printed brief by May 18th. Respondent's brief to be served by May 22d, and case argued as soon thereafter as reached in regular order.

Carlo QUAGLIOTTA, Respt., v. STANDARD ARCH CO., Applt. (Supreme Court, Appellate Division, First Department. June 2, 1916.) Judgment affirmed, with costs. No opinion. Order filed.

QUEEN CITY BRICK CO., Inc., respt., v. Max L. LEVINE et al., applts. (Supreme Court, Appellate Division, Fourth Department. May 24, 1916.) Appeal dismissed unless appellants file and serve brief and be ready for argument by May 25th.

QUEEN CITY BRICK CO., respt., v. Max L. LEVINE, imp., etc., applt. (Supreme Court, Appellate Division, Fourth Department. June 15, 1916.) Judgment affirmed with one bill of costs. Held: 1. That the finding of the trial court that the delay was occasioned by the fault of both the owner and contractor is sustained in the proof and destroys all force of the stipulated damage clause in the contract. Mosler Safe Co. v. Midland Lane S. D. Co., 199 N. Y. 479, 93 N. E. 81, 37 L. R. A. (N. S.) 363. 2. That inasmuch as the total claims allowed, with interest, do not equal the amount unpaid on the contract and for extras, the allowance of interest presents no error. All concur.

In the Matter of the appraisal of the estate of Susan E. QUINBY, deceased, under the acts in relation to the taxable transfers of property. (Supreme Court, Appellate Division, Second Department. June 9, 1916.) Order of the Surrogate's Court of Westchester County affirmed, with $10 costs and disbursements. No opinion. Jenks, P. J., and Thomas, Stapleton, Mills, and Putnam, JJ., concur.

Charles E. QUINCEY et al. as Ex'rs., etc., Respts., v. Joseph H. EMERY, Applt. (Supreme Court, Appellate Division, First Department. June 9, 1916.) Order reversed, with $10 costs and disbursements, and motion granted to extent stated in order. No opinion. Order filed.

Peter RALPH, an infant, by Joseph H. Ralph, his guardian ad litem, plaintiff, v. Jeremiah F. RYAN, defendant. (Supreme Court, Appellate Division, Second Department. May 19, 1916.) Motion denied, upon condition that defendant perfect his appeal, place the case on the June calendar, and be ready for argument when reached; otherwise, motion granted, with $10 costs.

Rose RAPPAPORT, Respt., v. NEW YORK RAILWAYS CO., Applt. (Supreme Court, Appellate Division, First Department. May 26, 1916.) Judgment reversed, and new trial ordered, with costs to appellant to abide event, unless plaintiff stipulate to reduce verdict to $1,500, in which event the judgment, as so modified, and the order appealed from, are affirmed, without costs. No opinion. Settle order on notice.

Frank RAVOLD, respondent, v. Louise J. HAMM, as administratrix, etc., appellant. (Supreme Court, Appellate Division, Second Department. June 9, 1916.) Motion denied, without costs.

William E. REDDING, Respt., v. CITY OF NEW YORK, Applt. (Supreme Court, Appellate Division, First Department. June 30, 1916.) Judgment and order affirmed, with costs, on the authority of Williams v. City of New York, 214 N. Y. 259, 108 N. E. 448. Clarke, P. J., and McLaughlin, J., dissenting. Order filed.

Samuel REDWITZ, respt., v. NEW YORK CENTRAL RAILROAD CO., respt. (Supreme Court, Appellate Division, Fourth Department. May 3, 1916.) Judgment and order reversed and new trial granted, with costs to appellant to abide event. Held, that the verdict is against the weight of the evidence on the question of the settlement. All concur, except Kruse, P. J., and Lambert, J., who dissent.

Kate REILLY, as administratrix, etc., appellant, v. NEW YORK, NEW HAVEN & HARTFORD RAILROAD COMPANY and Jobson-